FILED IN OPEN COURT
ON 2-26-2025 BG
Peter A. Moore, Jr., Clerk
US District Court
Eastern District of NC

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 5:25-CR-46-BO-RJ

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | INDICTMENT |
| | ) | |
| TERRENCE WILLIAM JOHNSON | ) | |

The Grand Jury charges that:

On or about January 29, 2025, in the Eastern District of North Carolina, on Fort Bragg Military Installation (formerly Fort Liberty Military Installation), a place within the special maritime and territorial jurisdiction of the United States, on land acquired for the use of the United States and under its exclusive jurisdiction, the defendant, TERRENCE WILLIAM JOHNSON, willfully, deliberately, maliciously: (1) with premeditation and malice aforethought, did unlawfully kill F.T.J., by shooting him; (2) with malice aforethought, did unlawfully kill F.T.J., by shooting him, in the perpetration of, or attempt to perpetrate, a burglary.

All in violation of Title 18, United States Code, Sections 7(3) and 1111.

1

## FORFEITURE NOTICE

Notice is hereby given that all right, title and interest in the property described herein is subject to forfeiture.

Upon conviction of any offense charged herein constituting "specified unlawful activity" (as defined in 18 U.S.C. §§ 1956(c)(7) and 1961(1)), or a conspiracy to commit such offense, the defendant shall forfeit to the United States, pursuant to 18 U.S.C. § 981(a)(1)(C), as made applicable by 28 U.S.C. § 2461(c), any property, real or personal, which constitutes or is derived from proceeds traceable to the said offense.

Upon conviction of any violation of the Gun Control Act, the National Firearms Act, or any other offense charged herein that involved or was perpetrated in whole or in part by the use of firearms or ammunition, the defendant shall forfeit to the United States, pursuant to 18 U.S.C. § 924(d) and/or 26 U.S.C. § 5872, as made applicable by 28 U.S.C. § 2461(c), any and all firearms and ammunition that were involved in or used in a knowing or willful commission of the offense, or, pursuant to 18 U.S.C. § 3665, that were found in the possession or under the immediate control of the defendant at the time of arrest.

Upon conviction of any violation of 50 U.S.C. § 4819 charged herein, the defendant shall forfeit to the United States, pursuant to 50 U.S.C. § 4819(d)(1), any property (A) used or intended to be used, in any manner, to commit or facilitate the violation; (B) constituting or traceable to the gross proceeds taken, obtained, or retained, in connection with or as a result of the violation; or (C) constituting an item or technology that is exported or intended to be exported in violation of law.

2

The forfeitable property includes, but is not limited to, the following:

    a) a Taurus 9mm pistol, Model G3C, bearing serial number ACK400824, recovered on or about February 3, 2025, from a white Chevrolet Trailblazer with VIN:1GNDS13S872304861, and North Carolina Registration Plate # TCX1983, seized at the Cape Fear Valley Medical Center, Fayetteville, North Carolina, and any and all associated magazines and ammunition.

If any of the above-described forfeitable property, as a result of any act or omission of a defendant: cannot be located upon the exercise of due diligence; has been transferred or sold to, or deposited with, a third party; has been placed beyond the jurisdiction of the court; has been substantially diminished in value; or has been commingled with other property which cannot be divided without difficulty; it is the intent of the United States, pursuant to Title 21, United States Code, Section 853(p), to seek forfeiture of any other property of said defendant up to the value of the forfeitable property described above.

**REDACTED VERSION**

Pursuant to the E-Government Act and the federal rules, the unredacted version of this document has been filed under seal.

25 Feb 25
—————————————
DATE

DANIEL P. BUBAR
Acting United States Attorney

BY: GABRIEL J. DIAZ
Assistant United States Attorney

3